HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JUAN HERNANDEZ-BARAJAS,  Defendant. | Case No. 2:23CR191-JAM  **STIPULATION TO VACATE PRELIMINARY HEARING; [PROPOSED FINDINGS AND ORDER]**  Date:  September 15, 2023  Time:  2:00 p.m.  Judge: Hon. Allison Claire |

## I.

## **STIPULATION**

1. The Court previously set this matter for a preliminary hearing to take place on September 15, 2023.

2. The parties request that the Court vacate the preliminary hearing because Mr. Hernandez has been transferred from federal to state custody pursuant to a writ. He will remain in state custody for the foreseeable and indefinite future.

3. The parties agree that Mr. Hernandez is entitled to have a preliminary hearing at a later date once he is transferred back to federal custody.

IT IS SO STIPULATED.

//

//

//

//

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | Date: September 13, 2023 | */s/  Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Hernandez |
| 8 | Date: September 13, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Elliot Wong*<br>ELLIOT WONG<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 14, 2023

*[signature: Allison Claire]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE