HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23-cr-00191-JAM |
| Plaintiff, | **STIPULATION TO CONTINUE ADMIT/DENY HEARING; FINDINGS AND ORDER** |
| vs. | |
| JUAN HERNANDEZ-BARAJAS, | Date:   September 26, 2023 |
| | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

**I.**

**STIPULATION**

1. The Court previously set this matter for an admit/deny hearing to take place on September 26, 2023.

2. The parties request that the Court continue the admit/deny hearing to **November 28, 2023, at 09:00 a.m.**, because Mr. Hernandez has been transferred from federal to state custody pursuant to a writ. He will remain in state custody for the foreseeable and indefinite future. He will be unable to appear for an admit/deny hearing until his state case resolves.

IT IS SO STIPULATED.

//

//

//

//

STIPULATION AND ORDER                     -1-                     *United States v. Hernandez-Barajas,*
                                                                                              2:23cr191-JAM

1    //

2                                          Respectfully submitted,

3                                          HEATHER E. WILLIAMS
                                           Federal Defender
4
     Date: September 20, 2023              */s/ Hootan Baigmohammadi*
5                                          HOOTAN BAIGMOHAMMADI
                                           Assistant Federal Defender
6                                          Attorneys for Defendant
                                           Mr. Hernandez
7

8

9    Date: September 20, 2023              PHILLIP A. TALBERT
                                           United States Attorney
10
                                           */s/ Elliot Wong*
11                                         ELLIOT WONG
                                           Assistant United States Attorney
12                                         Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 20, 2023     /s/ John A. Mendez

             THE HONORABLE JOHN A. MENDEZ
             SENIOR UNITED STATES DISTRICT JUDGE