HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN HERNANDEZ-BARAJAS,<br><br>Defendant. | Case No. 2:23-cr-00191-JAM<br><br>**STIPULATION TO CONTINUE ADMIT/DENY HEARING; FINDINGS AND ORDER**<br><br>Date: November 21, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |

## I.

## **STIPULATION**

1. The Court previously set this matter for an admit/deny hearing to take place on November 21, 2023.

2. The parties request that the Court continue the **admit/deny hearing** to **December 12, 2023, at 09:00 a.m.**, because Mr. Hernandez has been transferred from federal to state custody pursuant to a writ. He is scheduled for sentencing in his state matter on November 22, 2023. He will be unable to appear for an admit/deny hearing until his state case resolves.

IT IS SO STIPULATED.

//

//

//

//

1  //

2                                              Respectfully submitted,

3                                              HEATHER E. WILLIAMS
                                               Federal Defender

4  Date: November 16, 2023                    */s/ Hootan Baigmohammadi*
5                                              HOOTAN BAIGMOHAMMADI
                                               Assistant Federal Defender
6                                              Attorneys for Defendant
                                               Mr. Hernandez
7

8

9  Date: November 16, 2023                    PHILLIP A. TALBERT
                                               United States Attorney
10
                                               */s/ Elliot Wong*
11                                             ELLIOT WONG
                                               Assistant United States Attorney
12                                             Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION                         -2-                  *United States v. Hernandez-Barajas*,
                                                         2:23cr191-JAM

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: November 16, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE