```
HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Hernandez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JUAN HERNANDEZ-BARAJAS,<br><br>  Defendant. | Case No.  2:23-cr-00191-JAM<br><br>**STIPULATION TO CONTINUE ADMIT/DENY HEARING; FINDINGS AND ORDER**<br><br>Date:   December 12, 2023<br>Time:  9:00 a.m.<br>Judge: Hon. John A. Mendez |

## I.

## **STIPULATION**

1. The Court previously set this matter for an admit/deny hearing to take place on December 12, 2023.

2. Mr. Hernandez requests that the Court continue the admit/deny hearing to **January 9, 2024, at 9:00 a.m.**  Mr. Hernandez continues to be in state custody on a writ.  It is not clear if Mr. Hernandez will be available to appear in federal court for the currently scheduled hearing. Furthermore, defense counsel needs additional time to visit with Mr. Hernandez and discuss how to proceed with the instant case.

3. The government does not object to Mr. Hernandez' request.

4. The parties have consulted with the Court and probation.  They are both available at the requested date and time.

IT IS SO STIPULATED.

//

| | |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: December 6, 2023 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Hernandez |
| Date: December 6, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Elliot Wong*<br>ELLIOT WONG<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: December 06, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE