HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN HERNANDEZ-BARAJAS,<br><br>Defendant. | Case No.  2:23-cr-00191-JAM<br><br>**STIPULATION TO CONTINUE DISPOSITIONAL HEARING; FINDINGS AND ORDER**<br><br>Date:   February 13, 2024<br>Time:  9:00 a.m.<br>Judge: Hon. John A. Mendez |

## I.

## **STIPULATION**

1. The Court previously set this matter for a dispositional hearing to be held on February 13, 2024.

2. Mr. Hernandez requests that the Court continue the hearing to the **April 09, 2024, at 9:00 a.m.**, so that he may be adequately prepared.

3. The government does not object to Mr. Hernandez's request.

4. United States Probation is available on the requested date.

IT IS SO STIPULATED.

//

//

//

//

//

1  //

2                                              Respectfully submitted,

3                                              HEATHER E. WILLIAMS
                                               Federal Defender

4  Date: February 7, 2024                     */s/ Hootan Baigmohammadi*
                                               HOOTAN BAIGMOHAMMADI
5                                              Assistant Federal Defender
                                               Attorneys for Defendant
6                                              Mr. Hernandez

7

8

9  Date: February 7, 2024                     PHILLIP A. TALBERT
                                               United States Attorney
10
                                               */s/ Elliot Wong*
11                                             ELLIOT WONG
                                               Assistant United States Attorney
12                                             Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: February 07, 2024        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE