HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00191-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY SPECIAL CONDITON OF RELEASE** |
| vs. | |
| JUAN HERNANDEZ-BARAJAS, | Judge: Hon. John A. Mendez |
| Defendant. | |

## I.

## **STIPULATION**

1. On April 4, 2024, the Court sentenced Mr. Hernandez for a supervised release violation to 8 months of imprisonment to be followed by an additional 28 months of supervised release. Dkt. 25 (J&C). The Court imposed special condition #7 of supervision that Mr. Hernandez complete 100 hours of community service by April 1, 2025. *Id*. at 5.

2. Mr. Hernandez moves to extend the deadline to complete the community service hours by July 1, 2025. He was released from custody and began the 28-month term of supervised release on or about January 26, 2025. He obtained paid employment at Sacramento Luxury Motors in the second half of February 2025. The employment is entirely commission-based. Mr. Hernandez works six days per week, 9am-8pm daily (60+hours per week). Defense counsel spoke with Mr. Hernandez's supervisor who confirmed Mr. Hernandez's employment and hours. Mr. Hernandez has completed 10 hours of

community service but needs additional time to complete the remainder required while balancing the need to work.

3. Neither the government nor U.S. Probation oppose Mr. Hernandez's request.

IT IS SO STIPULATED.

                                                        Respectfully submitted,

                                                        HEATHER E. WILLIAMS
                                                        Federal Defender

Date: March 14, 2025                      */s/ Hootan Baigmohammadi*
                                                        HOOTAN BAIGMOHAMMADI
                                                        Assistant Federal Defender
                                                        Attorneys for Defendant
                                                        Mr. Hernandez

Date: March 14, 2025                      MICHELE BECKWITH
                                                        Acting United States Attorney

                                                        */s/ Elliot Wong*
                                                        ELLIOT WONG
                                                        Assistant United States Attorney
                                                        Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: March 18, 2025              /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER        -3-        *United States v. Hernandez-Barajas*,
                                         2:23-cr-00191-JAM